# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.212.804.5761
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020

January 5, 2020

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

*Handwritten order:* GRANTED. Adjourned to 2/4/2020 at 11:00AM, Courtroom 18D. 1/6/2020

**SO ORDERED:**
/s/ HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   Motion to Adjourn Conference
      Gaston v. Rothenberg
      1:19-cv-00164-ALC-RWL

Dear Judge Lehrburger,

I represent the Plaintiff in the above-stated action, and I am writing to request an adjournment of the initial conference which is currently scheduled for January 8, 2020. I will be in court on another matter for nearly all of the said date. No prior motions to adjourn the initial conference have been made by either party.

Todd Rothenberg, the Defendant, has consented to this adjournment request. Mr. Rothenberg and I are both available on February 4, 2020. Mr. Rothenberg confirmed this availability *via* an email sent to me last week.

In addition to the above-stated date, I am also available on February 7, 11, 13, 14, 18, 20, and 21. I have asked Mr. Rothenberg to confirm whether he is available on any of the aforementioned dates so that the Court has more options. Though I have not yet received Mr. Rothenberg's confirmation, I have asked him to file a separate letter with the Court.

I respectfully ask the Court to grant the relief requested in this letter.

Respectfully submitted,

/s/ Hashim Rahman
Hashim Rahman, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2020, the foregoing document was filed with the Clerk of the Court and served upon Todd Rothenberg in accordance with the Federal Rules of Civil Procedure, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and this Court's electronic service rules. I further certify that the foregoing document was served on the Defendant by email and by U.S. Mail at the following address: 271 North Avenue, Suite 115, New Rochelle, NY, 10801.

Dated:  January 5, 2020

/s/ Hashim Rahman
Hashim Rahman, Esq.
Rahman Legal
43 West 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 804-5761
Fax:    (212) 954-5391