USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEANNE GASTON,                                    :
                                                 :
                              Plaintiff,         :
                                                 :
              - against -                         :
                                                 :
TODD ROTHENBERG,                                  :
                                                 :
                              Defendant.          :
----------------------------------------------------------------X

19-cv-164 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated during the conference held on August 13, 2020:

1.      By Tuesday, August 18, 2020, Defendant shall submit to the Court for in camera review the documents withheld on the basis of attorney-client privilege.

2.      By Tuesday, August 18, 2020, Defendant shall provided revised responses to Plaintiff's requests to admit numbered 16, 17, and 18.

3.      By Tuesday, August 18, 2020, Plaintiff shall provide the Court with a draft order granting her motion to compel non-party 561 Lenox Avenue LLC to respond to the subpoena served by USPS first-class mail on April 25, 2020, email on April 27, 2020, and USPS priority mail on June 16, 2020.  (*See* Dkt. 48-1.)

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        August 13, 2020
              New York, New York