UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Deanne Gaston,

           Plaintiff,

    v.                                            Case No.: 1:19-CV-00164-RWL

Todd Rothenberg,

                                                          **ORDER**

           Defendant.

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

      On July 11, 2020, the Plaintiff filed a letter motion for a conference regarding a document subpoena that was served on 561 Lenox Ave., LLC, a non-party. (*See* ECF No. 44.) Through an Order entered on July 20, 2020, the Court deemed the Plaintiff's letter to be a motion to compel 561 Lenox Ave., LLC, to comply with the subpoena. (ECF No. 45.) The Plaintiff was ordered to file an affidavit of service demonstrating that the subpoena was served in compliance with the Federal Rules of Civil Procedure. (*Id.*) Thereafter, the Plaintiff filed a letter along with an affidavit of service. (*See* ECF No.'s 46, 48.)

      Based on the foregoing documents, which have been duly considered, 561 Lenox Ave., LLC, is hereby ordered to respond to the subpoena by or before __September 9, 2020__.

      The Plaintiff's counsel is directed to mail a copy of this order to 561 Lenox Ave., LLC, C/O Shamsy Baradarian, at PO Box 1703 New York, New York, 10037. The Plaintiff's counsel shall also email the order to Shamsy Baradarian at shamsyb@hotmail.com. The Plaintiff shall file proof of delivery of this order with the Court by __August 20, 2020__.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020