```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEANNE GASTON,

                      Plaintiff,

        - against -

TODD ROTHENBERG,

                      Defendant.
------------------------------------------------------------X

19-cv-164 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court has reviewed the communications between Defendant and his client submitted for in camera review. The email communications are protected by the attorney-client privilege and need not be produced. The attachments to the emails, however, must be produced if they have not previously been produced.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:      August 19, 2020
               New York, New York