# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.347.433.6139
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2020

October 4, 2020

**Via ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

> Re: Request for Adjournment of Conference
>     Gaston v. Rothenberg
>     1:19-cv-00164-RWL

Dear Judge Lehrburger,

   I represent the Plaintiff in the above-stated action. I am writing to request an adjournment of the status conference that is scheduled for October 6, 2020, at 10:00 AM. I am not able to appear on this date due to a scheduling conflict. The Defendant consents to this request, and there have been no prior adjournment requests by either party for this conference. The undersigned counsel and the Defendant are able to appear on October 19 or October 27 at any time.

Respectfully submitted,

/s/ Hashim Rahman
Hashim Rahman, Esq.

Adjournment granted; parties to coordinate
with my Deputy Clerk to reschedule.

SO ORDERED:
10/5/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE