UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEANNE GASTON,

                        Plaintiff,

        - against -

TODD ROTHENBERG,

                      Defendant.
-----------------------------------------------------------------X

19-CV-164 (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the currently operative scheduling order and extension (Dkt. 29, 42), discovery was to close July 23, 2020.  The Court has since resolved certain discovery issues, but there has been no further extension.  Accordingly, by December 20, 2020, the parties shall jointly file a status report and a proposed schedule for either filing dispositive motions or a pre-trial order.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated:       December 11, 2020
                New York, New York

1