USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEANNE GASTON,

                Plaintiff,

       - against -

TODD ROTHENBERG,

                Defendant.
-------------------------------------------------------------X

19-CV-164 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has under consideration Plaintiff's motion for summary judgment. Before the Court proceeds with resolving the motion, the Court would like to know if the parties would be interested in holding a settlement conference with the Court. The parties shall confer with each other and jointly inform the Court by May 13, 2021 whether they wish the Court to schedule such a conference. The parties' letter should indicate only whether the parties agree to request the conference and, in the absence of agreement, should not indicate the individual parties' views.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:       May 10, 2021
              New York, New York