USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.347.433.6139
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

May 20, 2021

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

      Re:    Motion to Adjourn Telephone Conference
                Gaston v. Rothenberg
                1:19-cv-00164-RWL

Dear Judge Lehrburger,

    I represent the Plaintiff in the above-stated matter. I am writing to request an adjournment of the telephone conference that is scheduled for next Thursday at 3:00 PM. I have a previously-scheduled work matter in this date.

    Todd Rothenberg, the Defendant, consents to this request. We are both available on May 28 (all day), June 1 (all day), and June 3 (prior to 12 PM). I can provide the Court with additional dates if they are needed.

                                    Respectfully submitted,

                                    /s/ Hashim Rahman
                                    Hashim Rahman, Esq.

Motion to adjourn granted. The conference will now be held at 3:00 p.m. on June 1, 2021.

SO ORDERED:
5/20/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE