# RAHMAN LEGAL

43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.347.433.6139
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021
```

June 1, 2021

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

          Re:    Motion to Adjourn Full Settlement Conference
                    Gaston v. Rothenberg
                    1:19-cv-00164-RWL

Dear Judge Lehrburger,

    I represent the Plaintiff in the above-stated matter. I am writing to request an adjournment of the full settlement conference that is scheduled for June 15, 2021. Ms. Gaston is not available on this date due to a work obligation. I also have a previously-scheduled work matter in this date.

    Todd Rothenberg, the Defendant, consents to this request. Though I have discussed several adjournment dates with the Plaintiff and the Defendant, the only date where the parties and counsel are all available in the near future is June 24, 2021. Nonetheless, I will do my best to provide the Court with additional dates if they are needed.

                                                    Respectfully submitted,

                                                    /s/ Hashim Rahman
                                                    Hashim Rahman, Esq.

Application denied. This conference has been scheduled since May 12, 2021, and counsel has not provided any explanation for why an earlier application was not made.

SO ORDERED:

6/1/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE